EXHIBIT 2

# EWF PRODUCER LIST

**Year Released**   **Album Title (Type)**

1974

    Open Our Eyes
- (i) Mighty Mighty
- (ii) Devotion
- (iii) Fair But So Uncool
- (iv) Feelin' Blue
- (v) Kalimba Story
- (vi) Drum Song
- (vii) Tee Nine Chee Bit
- (viii) Spasmodic Movements
- (ix) Rabbit Seed
- (x) Caribou
- (xi) Open Our Eyes

1975

    Can't Hide Love/Gratitude (Single)
- (i) Can't Hide Love
- (ii) Gratitude

    Gratitude (LP)
- (i) *all studio tracks*

    Sing a Song (Single)
- (i) Sing A Song
- (ii) Sing A Song (Instrumental)

    Shining Star / Yearnin' Learnin'(Single)
- (i) Shingin Star
- (ii) Yearnin' Learnin'

    That's the Way of the World (LP)
- (i) Shining Star
- (ii) That's the Way of the World
- (iii) Happy Feelin'
- (iv) All About Love
- (v) Yearnin' Learnin'
- (vi) Reasons
- (vii) Africano
- (viii) See The Light

    That's the way of the World/Africano (Single)

    (i)  That's the Way of the World
    (ii)  Africano

**1976**

  Getaway (Single)
    (i)  Getaway
    (ii)  Getaway (Instrumental)

  On Your Face (Single)
    (i)  On Your Face (stereo)
    (ii)  On Your Face (mono)

  Saturday Nite (Single)
    (i)  Saturday Nite
    (ii)  On Your Face

  Sing a Song, That's The Way of The World, Shinin' Star (Live), Biyo
    (i)  SingASong
    (ii)  That's the Way of the World
    (iii)  Biyo

  Spirit (LP)
    (i)  Getaway
    (ii)  On Your Face
    (iii)  Imagination
    (iv)  Spirit
    (v)  Saturday Nite
    (vi)  Earth, Wind & Fire
    (vii)  Departure
    (viii)  Biyo
    (ix)  Burnin' Bush